**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Stephen Joseph Neal Sr.** | : | Case No. 11−25758−JKF |
| **Lori Ann Neal** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per 4/252013 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***30th day of April, 2013,*** it is hereby ***ORDERED, ADJUDGED and DECREED*** that the above−captioned case is ***DISMISSED, without prejudice, terminated and closed.*** The Debtor(s) remain legally liable for all his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. Section 349.* Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this *Order*, whichever is later.

   It is ***FURTHER ORDERED*** that:

   (1)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall immediately serve a copy of this order on each such employer and entity.

   (2)   This case is administratively closed. The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and this case shall be deemed closed without further order of Court.

   (3)   The Clerk shall give notice to all creditors of this dismissal.

*Judith K. Fitzgerald*

Judith K. Fitzgerald
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest